UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAPLE CREST LLC, | CASE NO. 2:23-cv-01448-LK |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| AMTRUST INSURANCE COMPANY, | |
| Defendant. | |

This matter comes before the Court on the parties' Stipulated Motion to Dismiss. Dkt. No. 21. Pursuant to the parties' stipulation, this case is dismissed with prejudice and without court-ordered fees or costs to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 18th day of July, 2024.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1